**DISMISS; and Opinion Filed October 24, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01265-CR

### ADRIAN DESHARN OVEAL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-70144-Q

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

131265F.U05